UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | Docket No.: 21-10346-MLW |
| v. ) | |
| ) | |
| IGOR DESOUZA ) | |
|     Defendant. ) | |
| ) | |

**DEFENDANT'S SECOND MOTION TO CONTINUE
STATUS REPORT DEADLINE**

The Defendant, Igor Desouza, moves this Court to continue the status report deadline regarding Speedy Trial issues until May 31, 2022. As grounds, counsel needs additional time to consult with the defendant regarding the consequences of any decision on this matter.

    Respectfully submitted,
    Igor Desouza
    By his Attorney,

    /s/ Michael Tumposky
    Michael Tumposky
    BBO No. 660618
    Hedges & Tumposky, LLP
    50 Congress Street
    Boston, MA 02109
    T) (617) 722-8220
    E) Tumposky@HTLawyers.com

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that, on this the 24th day of May, 2022, I have served a copy of this document, where unable to do so electronically, on all counsel of record.

    /s/ Michael Tumposky
    Michael Tumposky